UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JONATHAN L. MOORE,
    Plaintiff,

v.                                    C.A. No. 09-543 S

WILLIAM BEGONES, ET AL.,
    Defendants.

## ORDER

The Reports and Recommendation of United States Magistrate Judge Jacob Hagopian filed on December 1, 2009, in the above-captioned matter are accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed, Plaintiff's Motions for Hearing, for Preliminary Injunction, and for Leave to Proceed *in forma pauperis* are DENIED and the Complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 1/4/10